IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL
CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
SMALL CLAIMS DIVISION

| | |
|---|---|
| Anna Maria Accetta, | Case No.: _____ |
| *Plaintiff,* | |
| | Division: _____ |
| v. | |
| **Online Information Services, Inc.,** | *Ad Damnum:*  **$1,000 + Fees and Costs** |
| *Defendants.* | **Jury Trial Demanded** |

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW** the Plaintiff, **Anna Maria Accetta**, ("**Ms. Accetta**"), by and through her

attorneys, Seraph Legal, P.A., and complains of the Defendant, **Online Information Services,**

**Inc.** ("**Online**"), stating as follows:

### PRELIMINARY STATEMENT

1.          This is an action brought by Ms. Accetta against Online for

violations of the ***Fair Debt Collection Practices Act,*** 15 U.S.C. § 1692, *et. seq.* ("**FDCPA**").

### JURISDICTION AND VENUE

2.     Jurisdiction arises under the FDCPA, 15 U.S.C. § 1692k(d) and Section 34.01

Florida Statutes.

3.     Online is subject to the provisions of the FDCPA and to the jurisdiction of this

Court, pursuant to Section 48.193, Florida Statutes.

4.     Venue is proper in Hillsborough County, Florida, pursuant to Section 47.051,

Florida Statutes, because the acts complained of were committed and / or caused by Online,

therein.

## PARTIES

5.     **Ms. Accetta** is a natural person residing in Tampa, Hillsborough County, Florida and is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

6.     **Online**, which also conducts business under the name "**Online Collections**," is a North Carolina corporation with a primary office at 685 W. Fire Tower Rd., Winterville, NC 28590.

7.     Online is registered to conduct business in the state of Florida, where its registered agent is **Corporation Service Company 1201 Hays Street, Tallahassee, Florida 32301**.

8.     Online is a "debt collector" within the meaning of the FDCPA, 15 U.S.C. §1692a(6), in that it uses an instrumentality of commerce, interstate and within the state of Florida, for its business, the principal purpose of which is the collection of debts, and/or it regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

9.     Online is registered with the Florida Office of Financial Regulation as a *Consumer Collection Agency* ("**CCA**"), holding license number CCA0900401.

## FACTUAL ALLEGATIONS

10.     Around June 2016, Ms. Accetta allegedly became indebted to **Tampa Electric Company** ("**Tampa Electric**") for utility services, (the "**Debt**").

11.     The Debt arose from services which were primarily for family, personal, or household purposes, specifically, home electricity service, and meets the definition of "debt" under the FDCPA, 15 U.S.C. § 1692a(5).

12.     In September 2017, the Debt was assigned or otherwise transferred for collection to Online.

13.     In October 2017, Online began reporting the Debt to multiple ***Consumer Credit Reporting Agencies*** ("**CRAs**"), including, without limitation, Equifax and Experian, under its internal account number 630**********395 (redacted).

14.     Around October 2018, Ms. Accetta disputed the Debt to Equifax and Experian, explaining that she had no record of owing an unpaid power bill.

15.     Both CRAs sent Online ***Automated Consumer Dispute Verification*** ("**ACDV**") requests, asking Online to make a reasonable investigation into each dispute.

16.     Each ACDV was sent via e-OSCAR, an online system used by the CRAs to communicate with furnishers of data.

17.     When responding to an ACDV through e-OSCAR, the user must electronically sign to confirm as follows:

> [b]y submitting this ACDV, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.

18.     Online returned the ACDVs to Equifax and Experian, verifying that it had completed its investigations and that all of its information was accurate, updating its reports to indicate "consumer disputes after resolution." **SEE PLAINTIFF'S EXHIBIT A.**

19.     At the time Online reported this status, there was no resolution and, indeed, there remains no resolution of her dispute.

20.     Online did not report the debt as "disputed by consumer." *Id.*

21.     The FDCPA requires that a debt collector, like Online, indicate that a consumer disputes a debt once it becomes aware of such fact. *See* 15 U.S.C. § 1692e(8).

22.     Reporting a disputed debt as "consumer disputes after resolution" does not meet the burden imposed on Online, a furnisher of data to a CRA, to report disputed debts as "disputed." See *Fishback v. HSBC Retail Services Inc.*, 944 F. Supp. 2d 1098 (D.N.M. 2013) (holding that reporting a debt purportedly owed as "consumer disputes after resolution" is problematic since the "language regarding the Furniture Row account does not clearly state whether the Furniture Row account is in dispute. The result of this is that it is not clear whether the Furniture Row account has an adverse effect on Fishback's credit.")

23.     Having failed to report the account as disputed, Online also failed to disclose the disputed debt as disputed when it *re-reported* the Debt to the CRAs each month after October 2018, through and including March 2019, since it only reported the Debt notated as "consumer disputes after resolution." **SEE PLAINTIFF'S EXHIBIT B.**

24.     After learning that the Debt was disputed, Online was obliged to disclose this fact in all communications regarding the debt, including its March 2019 report to the CRAs. *See Semper v. JBC Legal Group*, 2005 WL 2172377 (W.D. Wash. Sept. 6, 2005)

25.     Online had no right to unilaterally nullify Ms. Accetta's dispute. See, *e.g.*, *Evans v. Portfolio Recovery Associates*, 889 F. 3d 337 (7th Cir 2018).

26.     Online had no right to determine on its own if the dispute remained pending or was meritorious; the FDCPA requires a debt collector to communicate that a debt is disputed, and 1692e(8) "does not require an individual's dispute be valid or even reasonable. Instead, the plaintiff must simply make clear that he or she disputes the debt. *DeKoven v. Plaza Assocs.*, 599 F.3d 578, 582 (7th Cir. 2010) ("[A] consumer can dispute a debt for 'no reason at all ....'")

27.     The distinction between reporting a debt as "consumer disputes after resolution" and "account information disputed by consumer" is substantial; many commercially-used credit

scoring algorithms disregard a collection account reported *currently* in dispute, but not those *previously in dispute*, from their score computations.

28.     A CRA would likely not count a debt reported as "consumer disputes after resolution" as a disputed debt and would factor it into a credit score. *Fishback, Id.* ("Because Furniture Row's report that the dispute is resolved indicates that a CRA would likely not consider the debt an actual dispute and would include the negative information when calculating Fishback's credit score.")

29.     Online's failure to disclose that the Debt was currently disputed materially damaged Ms. Accetta's credit scores.

30.     Online's failure to properly report a disputed debt as disputed caused a concrete and tangible injury-in-fact in the form of "a real risk of financial harm caused by an inaccurate credit rating." *See Evans v. Portfolio Recovery Associates, LLC,* 889 F. 3d 337 (7th Cir. 2018).

31.     Credit reporting "is powerful tool designed, in part, to wrench compliance with payment terms" from the consumer. *Rivera v. Bank One,* 145 F.R.D. 614, 623 (D.P.R. 1993)

32.     Upon information and belief, Online specifically misreports disputed debts with the notation "consumer disputes after resolution" because it ensures that the debt remains factored into a consumer's credit score, creating a strong incentive for the consumer to pay the disputed debt.

33.     Upon information and belief, Online reports all, or almost all, of disputed debts with the notation "consumer disputes after resolution," and few, if any, debts as "account information disputed by consumer."

34.     Further, an unsophisticated consumer would believe, after reading her credit report and seeing the "consumer disputes after resolution" notation, that her dispute had been

resolved, that Online did not consider the debt to be actively disputed, and that future efforts to dispute the debt would be met with a conscious disregard for her stance on the matter.

35.     Reporting a debt to a CRA is a communication as defined by the FDCPA and an attempt to collect the debt alleged therein.

36.     Ms. Accetta has hired the aforementioned law firm to represent her in this matter and is obligated to pay its reasonable fees or has assigned her right to reasonable attorney fees and costs to the firm.

## COUNT I
## VIOLATIONS OF THE FDCPA

37.     Ms. Accetta adopts and incorporates paragraphs 1 – 36 as if fully stated herein.

38.     Online violated **15 U.S.C. § 1692e and 1692e(10)** when it used misleading and deceptive means in communications related to an attempt to collect a debt by reporting a debt, known to be disputed, to the CRAs with the notation, "consumer disputes after resolution," failing to indicate that the Debt is still actively disputed and falsely implying resolution of the dispute.

39.     Online violated **15 U.S.C. § 1692e(8)** when it communicated information known to be disputed without disclosure of the dispute, when Online reported, and re-reported to the CRAs, a tradeline notated only as, "consumer disputes after resolution," failing to indicate that the Debt is still actively disputed and falsely implying resolution of the dispute.

40.     Online violated **15 U.S.C. § 1692f** when Online used unfair and unconscionable means to collect a debt by intentionally reporting a disputed debt in a misleading manner, knowing that its report did not reflect the Debt's actively disputed status, and choosing this *Compliance Condition Code* ("CCC") specifically because it would ensure the collection

tradeline would continue to impact Ms. Accetta's credit scores, increasing the odds she would pay a disputed debt.

41.     Online's conduct renders it liable for the above-stated violations of the FDCPA.

**WHEREFORE,** Ms. Accetta respectfully requests this Honorable Court enter judgment against Online for:

a.      Statutory damages of **$1,000.00**, pursuant to 15 U.S.C. § 1692k(a)(2)(A);

b.      Actual damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A);

c.      Reasonable costs and attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3); and,

d.      Such other relief that this Court deems just and proper.

<u>**DEMAND FOR JURY TRIAL**</u>

Ms. Accetta demands a trial on all issues so triable.

Respectfully submitted this 19th day of March 2019 by:

/s/ *Philip R. Goldberg*
**Philip R. Goldberg, FL Bar #105940**
**SERAPH LEGAL, P. A.**
2002 E. 5th Ave., Suite 104
Tampa, FL 33605
Tel: 813-567-1230
Fax: 855-500-0705
PGoldberg@SeraphLegal.Com
Counsel for Plaintiff

**EXHIBITS**
A       **Equifax Report Excerpt, March 2019**
B       **Experian Report Excerpt, March 8, 2019**

# EXHIBIT A
## Equifax Report Excerpt, March 2019

| Account Owner | Original Creditor | Date Reported | Date Assigned | Account Status |
|---|---|---|---|---|
| Individual Account. | TAMPA ELECTRIC COM... | 03/11/2019 | 09/01/2017 | D-Unpaid |

| Agency | Creditor Classification | Status Date | Original Amount Owned | Date of 1st Delinquency |
|---|---|---|---|---|
| ONLINE COLLECTIONS ... | Utilities | 03/11/2019 | $502.00 | 06/30/2016 |

| Balance Date | Balance Owned | Last Payment Date |
|---|---|---|
| 03/11/2019 | $502.00 | |

| Agency Address | Comments |
|---|---|
| ONLINE COLLECTIONS GRVL | Consumer disputes after resolution |
| PO Box 1489, Winterville, NC 28590-1489 | |
| (800)765-5749 | |

# EXHIBIT B
## Experian Report Excerpt, March 8, 2019

3/8/2019                                      https://usa.experian.com/#/printReport?type=CDi&scr=true

Prepared for

**experian**                                              **ANNA MARIA. ACCETTA**

Personal & Confidential

### ONLINE COLLECTIONS                                      Potentially ⚠️
                                                            Negative

| | | | |
|---|---|---|---|
| Account Name | ONLINE COLLECTIONS | Balance | $502 |
| Account Number | | Balance Updated | 02/11/2019 |
| Account Type | Collection | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 09/01/2017 | Original Balance | $502 |
| Status | Collection account. $502 past | Highest Balance | $0 |
| | due as of Feb 2019. | Terms | 1 Months |
| Status Updated | 02/11/2019 | On Record Until | Mar 2023 |

**Payment History**

LEGEND   (ND) No data for this time period       (C) Collection

### 2019

| JAN | FEB | MAR | APR |
|---|---|---|---|
| C | C | | |
| MAY | JUN | JUL | AUG |
| | | | |
| SEP | OCT | NOV | DEC |
| | | | |

### 2018

| JAN | FEB | MAR | APR |
|---|---|---|---|
| C | C | C | C |
| MAY | JUN | JUL | AUG |
| C | C | C | C |
| SEP | OCT | NOV | DEC |
| C | C | C | C |

### 2017

| JAN | FEB | MAR | APR |
|---|---|---|---|
| | | | |
| MAY | JUN | JUL | AUG |
| | | | |
| SEP | OCT | NOV | DEC |
| C | ND | C | |

**Historical Information**

| | |
|---|---|
| First Reported | 10/2017 |
| Original Creditor | TAMPA ELECTRIC COMPANY |

**Contact Info**

| | |
|---|---|
| Phone Number | |
| Address | PO BOX 1489 WINTERVILLE, NC 28590 |

**Comment**

Completed investigation of FCRA dispute - consumer disagrees.

**Reinvestigation Information**

This item remained unchanged from our processing of your dispute in Oct 2018.

**Balance History**

| | | | |
|---|---|---|---|
| JAN 2019 | $502 Balance | $0 Scheduled Payment | $0 Paid |
| DEC 2018 | $502 Balance | $0 Scheduled Payment | $0 Paid |
| NOV 2018 | $502 Balance | $0 Scheduled Payment | $0 Paid |
| OCT 2018 | $502 Balance | $0 Scheduled Payment | $0 Paid |
| SEP 2018 | $502 Balance | $0 Scheduled Payment | $0 Paid |
| AUG 2018 | $502 Balance | $0 Scheduled Payment | $0 Paid |
| JUL 2018 | $502 Balance | $0 Scheduled Payment | $0 Paid |
| JUN 2018 | $502 Balance | $0 Scheduled Payment | $0 Paid |
| MAY 2018 | $502 Balance | $0 Scheduled Payment | $0 Paid |
| APR 2018 | $502 Balance | $0 Scheduled Payment | $0 Paid |
| MAR 2018 | $502 | $0 | $0 |

Page 9 of 10

**EXHIBIT B**
**Experian Report Excerpt, March 8, 2019**

https://usa.experian.com/#/printReport?type=CDI&acr=true

|          | Balance | Scheduled Payment | Paid |
|----------|---------|-------------------|------|
| FEB 2018 | $502    | $0                | $0   |
|          | Balance | Scheduled Payment | Paid |
| JAN 2018 | $502    | $0                | $0   |
|          | Balance | Scheduled Payment | Paid |
| DEC 2017 | $502    | $0                | $0   |
|          | Balance | Scheduled Payment | Paid |
| OCT 2017 | $502    | $0                | $0   |
|          | Balance | Scheduled Payment | Paid |

Page **10** of **10**

# Electric Bill

LIFE RUNS ON ENERGY.

**TECO**
TAMPA ELECTRIC

# This is a duplicate bill.

Visit our
Web Site at
tampaelectric.com

Average kWh per day

| | |
|---|---|
| Jun 2016 | 35 |
| Jun | 53 |
| May | 51 |
| Apr | 45 |
| Mar | 37 |
| Feb | 36 |
| Jan | 35 |
| Dec | 34 |
| Nov | 35 |
| Oct | 42 |
| Sep | 48 |
| Aug | 39 |
| Jul 2015 | 46 |

June Billing Information:                    733096        ENR

ACCETTA ANNAMARIA   CONP          Account Number          Statement Date
8730 HIMES AV N APT 916           0581 0581791            Jun 23, 2016
TAMPA FL 33614-8306

                                  FINAL BILL 1            Prorated

Meter Number Current Reading Previous Reading Diff.   Multi 9 day period
E16753      90646         90332          314      1

                                    Total kWh Purchased        314
Account Activity          Explanation              Charge   Total

Previous Balance                                   640.93
Payments Received          As of June 23, 2016       0.00
Total Past Due Amount                                        $640.93
New Charges Due by Jul 17, 2016        Service from Jun 06 to Jun 15
Basic Service Charge       Residential 120 Rate      4.50
Energy Charge
  First 1,000 kWh          314 kWh @ $.05495/kWh    17.26
  Above 1,000 kWh          0 kWh @ $.06495/kWh       0.00
Fuel Charge
  First 1,000 kWh          314 kWh @ $.03361/kWh    10.55
  Above 1,000 kWh          0 kWh @ $.04361/kWh       0.00
Electric Service Cost                              $32.31
Florida Gross Receipts Tax  Based on $32.31          0.83
This Month's Charges                                        $33.14
  Amount not paid by due date may be assessed a late payment charge.
Deposit And Interest                              -171.70
Total Miscellaneous Charges                                $171.70 CR
Total Due                                                  $502.37

          To ensure prompt credit, please return stub portion of bill with your payment.
              Make check payable to Tampa Electric.

                              FINAL BILL 1

Account No.
0581 0581791

Previous Balance       Mail Payment To:                      733096
$640.93                P.O. Box 31318

New Charges            Tampa, FL  33631-3318
$138.56 CR
Payable by Jul 17

Total Bill Amount
$502.37

          ACCETTA ANNAMARIA   CONP
          47 TYE LN
          POUGHKEEPSIE NY  12590

              1 1194 01 05810581791 000000502.37

# Electric Bill

LIFE RUNS ON ENERGY.

**TECO**
TAMPA ELECTRIC

# This is a duplicate bill.

Visit our
Web Site at
tampaelectric.com

June Billing Information:                    733096        ENR

ACCETTA ANNAMARIA   CONP          Account Number          Statement Date
8730 HIMES AV N APT 916           0581 0581791            Jun 23, 2016
TAMPA FL 33614-8306

                                  FINAL BILL 1            Prorated

**Average kWh per day**

| | |
|---|---|
| Jun 2016 | 35 |
| Jun | 53 |
| May | 51 |
| Apr | 45 |
| Mar | 37 |
| Feb | 36 |
| Jan | 35 |
| Dec | 34 |
| Nov | 35 |
| Oct | 42 |
| Sep | 48 |
| Aug | 39 |
| Jul 2015 | 46 |

Meter Number Current Reading Previous Reading Diff.  Multi 9 day period
E16753       90646        90332        314     1

                                  Total kWh Purchased       314
Account Activity            Explanation          Charge      Total

Previous Balance                                 640.93
Payments Received          As of June 23, 2016   0.00
Total Past Due Amount                                        $640.93
New Charges Due by Jul 17, 2016      Service from Jun 06 to Jun 15
Basic Service Charge      Residential 120 Rate    4.50
Energy Charge
  First 1,000 kWh        314 kWh @ $.05495/kWh    17.26
  Above 1,000 kWh        0 kWh @ $.06495/kWh      0.00
Fuel Charge
  First 1,000 kWh        314 kWh @ $.03361/kWh    10.55
  Above 1,000 kWh        0 kWh @ $.04361/kWh      0.00
Electric Service Cost                            $32.31
Florida Gross Receipts Tax  Based on $32.31       0.83
This Month's Charges                                         $33.14
  Amount not paid by due date may be assessed a late payment charge.
Deposit And Interest                             -171.70
Total Miscellaneous Charges                                  $171.70 CR
Total Due                                                    $502.37

To ensure prompt credit, please return stub portion of bill with your payment.
Make check payable to Tampa Electric.

                                  FINAL BILL 1

Account No.
0581 0581791

Previous Balance
$640.93          Mail Payment To:                         733096
                 P.O. Box 31318
New Charges
$138.56 CR       Tampa, FL  33631-3318
Payable by Jul 17

Total Bill Amount
$502.37

ACCETTA ANNAMARIA    CONP
47 TYE LN
POUGHKEEPSIE NY  12590

    1 1194 01 05810581791 000000502.37

```
ACCETTA, ANNAMARIA              SPOUSE:              PH:
8730 N HIMES AVE                SSN  :123784160              **AUXMASTER**
APT 620                         LIC# :              GOOD ADDRESS
TAMPA, FL 336148304                  REM
EMP ASK FOR EMPLOYMENT               REM SUB VAL 3/15/2019
ID# CO T     CLIENT         R LLS SC  DOR     DLP    SL  AMT REF    TOTAL
===============================================================================
ACCT#  5582395       STATUS CD CND CLERK  TE     PIN 02996  AR       502.37
CLT    952 -TAMPA ELECTRIC COMPANY/8132281129/PAM BAYYAT    PB       502.37
CLT DEB#  211010148479       INT CD OS-25             AI         0.00
FOR   8730 N HIMES AVE AP    DOR    090117            OC         0.00
FWD   C CODED ON 032819 UT1  DOS    062316            CC         0.00
LLS  D05 DC 0    CARD N REG 1 DLP                     AF         0.00
BC   00  CF D   S-L 00 COL U1 JDT    999999           OV         0.00
REM VERIFICATION OBTAINED    INT         0.00   ACCT BAL       502.37
                             DETAIL OF OTHER CHARGES
                                                     FEE         0.00
                                                     NSF         0.00


COLLECTOR SCREEN: (E)dit, (L)etter, (PE), (I)ntercept, (H)ist,'RET'
```

```
ACCETTA, ANNAMARIA              SPOUSE:              PH:
8730 N HIMES AVE                SSN  :123784160           **AUXMASTER**
APT 620                         LIC# :               GOOD ADDRESS
TAMPA, FL 336148304                   REM
EMP ASK FOR EMPLOYMENT              REM SUB VAL 3/15/2019
ID# CO T    CLIENT         R LLS SC  DOR    DLP     SL  AMT REF    TOTAL
================================================================================
ACCT# 5582395      STATUS CD CND  CLERK  TE     PIN 02996  AR        502.37
CLT   952 -TAMPA ELECTRIC COMPANY/8132281129/PAM BAYYAT    PB        502.37
CLT DEB# 211010148479           INT CD OS-25               AI          0.00
FOR   8730 N HIMES AVE AP        DOR    090117             OC          0.00
FWD   C CODED ON 032819 UT1      DOS    062316             CC          0.00
LLS  D05 DC 0    CARD N REG 1    DLP                       AF          0.00
BC   00  CF D    S-L 00 COL U1   JDT    999999             OV          0.00
REM VERIFICATION OBTAINED        INT        0.00    ACCT BAL          502.37
                                  DETAIL OF OTHER CHARGES
                                                          FEE          0.00
                                                          NSF          0.00


COLLECTOR SCREEN:  (E)dit, (L)etter, (PE), (I)ntercept, (H)ist,'RET'
```

```
Name    ACCETTA          ANNAMARIA      3934720  Spouse
Address 8730 N HIMES AVE      Phone              Social Sec # 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
        APT 620                    EMP
        TAMPA          FL 336148304  REM SUB VAL 3/15/2019
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
|(02) Type Account    3            (17) Status Code            CND |
|(03) Clt # 0952-TAMPA ELECTRIC COMPANY  (18) Bulletin Code     00 |
|(04) Client Debtor#211010148479   (19) Credit Flag             D  |
|(05) Account is For8730 N HIMES AVE AP  (20) Clerk Number      TE |
|(06) Suit/Loan Number    00       (21) Date of Referral 09/01/17  |
|(07) Collector Code      U1       (22) Date of Service   06/23/16 |
|(08) Referral, Service or Delq. Date S  (23) Date of Last Pay     |
|(09) Interest Percent     0%      (24) Jack-Date         99/99/99 |
|(10) Commission Rate     25%      (25) Amount Ref    $    502.37  |
|(11) Last Letter Sent    D05      (26) Princ Balance  $    502.37 |
|(12) Document Code       0        (27) Acc Interest  $      0.00  |
|(13) Forwarded     C CODED ON 032819 UT1  (28) Other Charges $  0.00 |
|(14) Remark    VERIFICATION OBTAINED   (29) Court Costs   $   0.00  |
|(15) Account is New Business (Y/N/6) Y  (30) Attorney Fees $   0.00  |
|(16) Account has a Label/Card (Y/N)  N  (31) Overage       $   0.00  |
|                                                                    |
|(AA)dd/Edit Auxiliary,  [ - Cancel, Q)uit, Your Selection (02-31):....|
[ ACCOUNT # 5582395 ] EDIT+++++++++++++++++++++++++++++++++++++++++++++++++++
```

EDIT TRACKING

Edit Screen #    000                          DAKCS Software Systems
Database Record # 05582395

| FIELD | DATE/TIME | EMP# | OLD VALUE | CHANGED TO |
|-------|-----------|------|-----------|------------|
| 19 | 12/01/18 05:46 | 0 | D | R |
| 19 | 01/01/19 05:55 | 0 | D | R |
| 19 | 02/01/19 05:45 | 0 | D | R |
| 19 | 03/01/19 05:45 | 0 | D | R |
| 19 | 03/15/19 05:41 | 0 | D | R |
| 19 | 01/01/18 06:04 | 0 | D | R |
| 19 | 02/01/18 06:07 | 0 | D | R |
| 19 | 03/01/18 05:48 | 0 | D | R |
| 19 | 04/01/18 05:45 | 0 | D | R |
| 19 | 05/01/18 05:41 | 0 | D | R |
| 19 | 06/01/18 05:42 | 0 | D | R |
| 19 | 07/01/18 05:44 | 0 | D | R |
| 19 | 08/01/18 10:32 | 0 | D | R |
| 19 | 09/01/18 05:43 | 0 | D | R |
| 19 | 10/01/18 05:57 | 0 | D | R R |
| 19 | 10/17/18 05:32 | 0 | D | R |

more...                    PRESS RETURN

## EDIT TRACKING

Edit Screen #      000                           DAKCS Software Systems
Database Record # 05582395

| FIELD | DATE/TIME | EMP# | OLD VALUE | CHANGED TO |
|-------|-----------|------|-----------|------------|
| 19    | 10/29/18 16:57 | 0 | D | R |

PRESS RETURN

```
+++++++++++++++++++++++ Credit Reporting Information +++++++++++++++++++++++
|                                                                          |
|        Update Date        03/25/19        Update Time      09:47:27       |
|        Last Report Date   03/25/19        First Report Date 10/10/17      |
|                                                                          |
|                                                                          |
|     (01) Account Type           48                                       |
|     (02) Account Status         93                                       |
|     (03) Special Comment                                                  |
|     (04) Compliance Code        XC        Reported Field 4          XC    |
|     (05) ECOA Code              1         Reported Field 7 (BK)           |
|     (06) Consumer Tran Type               Reported Field 7 (REAFIRM)      |
|     (07) Consumer Info Indicator          Reported Field 7 (SKIP)         |
|     (08) Date of Delinquency    06/30/16                                  |
|     (09) Close Date                                                       |
|     (10) Override Client Report Flag  N                                   |
|                                                                          |
|                                                                          |
|      Credit Account Number 06231660005582395                             |
|                                                                          |
| [-Cancel, JR-Joint Report,  CT-Credit Tracking, Your Selection (01-10) :....|
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
```

**Credit Reporting # 4429790** EDIT

| FIELD | DATE/TIME | EMP# | OLD VALUE | CHANGED TO |
|------|----------------|------|----------------------|-------------------------|
| RP2 | 03/25/19 09:47 | RPT | 03/11/19 | 03/25/19 |
| 04 | 03/19/19 10:45 | 000 | XB | XC |
| 04 | 03/15/19 05:41 | 000 | XC | XB |
| RP2 | 03/11/19 13:36 | RPT | 02/11/19 | 03/11/19 |
| RP2 | 02/11/19 13:35 | RPT | 01/15/19 | 02/11/19 |
| RP2 | 01/15/19 12:51 | RPT | 12/10/18 | 01/15/19 |
| RP2 | 12/10/18 13:49 | RPT | 11/12/18 | 12/10/18 |
| ACT# | 11/12/18 13:42 | RPT | 06301660005582395 | 06231660005582395 |
| RP2 | 11/12/18 13:42 | RPT | 10/25/18 | 11/12/18 |
| 06 | 11/12/18 13:42 | RPT | A | |
| 06 | 10/30/18 09:36 | MST | | A |
| 04 | 10/29/18 16:57 | 000 | XB | XC |
| RP2 | 10/25/18 09:33 | RPT | 10/10/18 | 10/25/18 |
| 04 | 10/17/18 05:32 | 000 | | XB |
| RP2 | 10/10/18 13:26 | RPT | 09/10/18 | 10/10/18 |
| RP2 | 09/10/18 13:34 | RPT | 08/10/18 | 09/10/18 |
| RP2 | 08/10/18 13:14 | RPT | 07/10/18 | 08/10/18 |
| RP2 | 07/10/18 12:02 | RPT | 06/11/18 | 07/10/18 |
| RP2 | 06/11/18 12:34 | RPT | 05/11/18 | 06/11/18 |
| RP2 | 05/11/18 11:42 | RPT | 04/10/18 | 05/11/18 |
| RP2 | 04/10/18 12:39 | RPT | 03/12/18 | 04/10/18 |
| RP2 | 03/12/18 15:26 | RPT | 02/12/18 | 03/12/18 |
| RP2 | 02/12/18 13:24 | RPT | 01/10/18 | 02/12/18 |
| RP2 | 01/10/18 14:26 | RPT | 12/11/17 | 01/10/18 |
| RP2 | 12/11/17 13:42 | RPT | 10/10/17 | 12/11/17 |
| RP1 | 10/10/17 12:24 | RPT | | 10/10/17 |
| RP2 | 10/10/17 12:24 | RPT | | 10/10/17 |
| 06 | 10/10/17 12:24 | RPT | 1 | |

```
2017/09/01:17:35 MP05582395 COL:77 8730 N HIMES AVE APT 916 TAMPA FL 336148306
2017/09/03:00:00 IC05582395 COLLECTOR CHANGE FROM U0 TO U0
2017/09/04:00:00 IC05582395 COLLECTOR CHANGE FROM U0 TO U0
2017/09/05:00:00 IC05582395 COLLECTOR CHANGE FROM U0 TO U0
2017/09/05:00:00 MA05582395 AUTO/TAPE LETTER: AL70005582395
2017/09/05:08:15 DA05582395 U0 Changed Collector Code 05582396: ->CU
2017/09/05:08:15 DA05582395 U0 Changed Status Code 05582396: ->UCE
2017/09/05:08:15 DA05582395 U0 Blocked - Cell Phone (407) 879-4846
2017/10/05:23:06 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2017/10/09:12:00 MC05582395 COL:98 LiveVox - No Call Made - 4078794846
2017/10/21:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2017/10/22:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2017/10/23:00:27 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2017/10/25:16:41 MC05582395 COL:98 700 letter delivered on 09-08-2017
2017/10/26:12:00 MC05582395 COL:98 LiveVox - Answering Machine (Hung Up) - 4078794846
2017/11/07:23:03 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2017/11/09:12:00 MC05582395 COL:98 LiveVox - Operator Transfer (Agent Abandoned) - 4078794846
2017/11/22:23:01 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2017/11/24:12:00 MC05582395 COL:98 LiveVox - No Call Made - 4078794846
2017/12/07:23:20 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2017/12/12:12:00 MC05582395 COL:98 LiveVox - Answering Machine (Hung Up) - 4078794846
2017/12/23:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2017/12/24:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2017/12/25:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2017/12/28:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2017/12/28:23:44 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2018/01/01:12:00 MC05582395 COL:98 LiveVox - No Call Made - 4078794846
2018/01/13:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/01/14:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/01/14:23:36 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2018/01/16:12:00 MC05582395 COL:98 LiveVox - No Call Made - 4078794846
2018/01/29:23:01 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2018/01/31:12:00 MC05582395 COL:98 LiveVox - No Call Made - 4078794846
2018/02/14:23:26 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2018/02/16:12:00 MC05582395 COL:98 LiveVox - Answering Machine (Hung Up) - 4078794846
2018/03/01:23:24 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2018/03/05:12:00 MC05582395 COL:98 LiveVox - No Call Made - 4078794846
2018/03/17:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/03/18:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/03/19:23:00 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2018/03/20:12:00 MC05582395 COL:98 LiveVox - Answering Machine (Hung Up) - 4078794846
2018/04/03:23:10 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2018/04/05:12:00 MC05582395 COL:98 LiveVox - No Call Made - 4078794846
2018/04/18:23:32 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2018/04/20:12:00 MC05582395 COL:98 LiveVox - No Call Made - 4078794846
2018/05/03:23:55 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2018/05/04:16:20 VI05582395 USR:TRobin NO ANSWER O
2018/05/04:16:20 VI05582395 USR:TRobin ACCOUNT 05582395 JACKDATED ON 05/04/18 TO 05/07/18
2018/05/04:16:20 VI05582395 USR:TRobin ACTION CleanCU SCHEDULED FOR ACCOUNT 05582395
2018/05/04:16:21 MC05582395 COL:48 NO ANSWER AT OTHER
2018/05/07:12:00 MC05582395 COL:98 LiveVox - Agent - No Answer - 4078794846
2018/05/07:23:57 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2018/05/08:17:44 MC05582395 COL:43 NO ANSWER AT OTHER
2018/05/08:17:44 VI05582395 USR: NO ANSWER O
2018/05/08:17:44 VI05582395 USR: ACCOUNT 05582395 JACKDATED ON 05/08/18 TO 05/11/18
2018/05/08:17:44 VI05582395 USR: ACTION CleanCU SCHEDULED FOR ACCOUNT 05582395
2018/05/09:12:00 MC05582395 COL:98 LiveVox - Agent - No Answer - 4078794846
```

```
--------------------------------------------------------------------------------
2018/05/12:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/05/13:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/05/14:00:26 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2018/05/15:12:00 MC05582395 COL:98 LiveVox - No Call Made - 4078794846
2018/05/30:00:35 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2018/05/30:19:29 MC05582395 COL:33 NO ANSWER AT OTHER
2018/05/30:19:29 VI05582395 USR: NO ANSWER O
2018/05/30:19:29 VI05582395 USR: ACCOUNT 05582395 JACKDATED ON 05/30/18 TO 06/02/18
2018/05/30:19:29 VI05582395 USR: ACTION CleanCU SCHEDULED FOR ACCOUNT 05582395
2018/05/31:12:00 MC05582395 COL:98 LiveVox - Agent - No Answer - 4078794846
2018/06/03:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/06/04:00:24 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2018/06/05:12:00 MC05582395 COL:98 LiveVox - No Call Made - 4078794846
2018/06/20:00:18 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2018/06/21:12:00 MC05582395 COL:98 LiveVox - No Call Made - 4078794846
2018/07/06:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/07/07:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/07/08:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/07/09:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/07/10:12:00 MC05582395 COL:98 LiveVox - No Call Made - 4078794846
2018/07/25:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/07/26:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/07/26:01:43 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2018/07/27:12:00 MC05582395 COL:98 LiveVox - No Call Made - 4078794846
2018/08/11:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/08/12:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/08/13:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/08/13:10:26 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2018/08/14:12:00 MC05582395 COL:98 LiveVox - No Call Made - 4078794846
2018/08/29:00:55 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2018/08/30:12:00 MC05582395 COL:98 LiveVox - No Call Made - 4078794846
2018/09/16:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/09/17:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/09/17:09:41 MC05582395 COL:98 Queued LiveVox call to be placed next business day
2018/09/18:12:00 MC05582395 COL:98 LiveVox - No Call Made - 4078794846
2018/10/03:00:00 IC05582395 COLLECTOR CHANGE FROM CU TO CU
2018/10/03:11:27 MC05582395 COL:48 NO ANSWER AT OTHER
2018/10/03:11:27 VI05582395 USR:TRobin NO ANSWER O
2018/10/03:11:27 VI05582395 USR:TRobin STATUS CODE CHANGED FROM UCE TO UT2 ON ACCOUNT 05582395 O
2018/10/03:11:27 VI05582395 USR:TRobin STATUS CODE CHANGED FROM UCE TO SK0 ON ACCOUNT 05582395 O
2018/10/03:11:27 VI05582395 USR:TRobin COLLECTOR CODE CHANGED FROM CU TO S0 ON ACCOUNT 05582395
2018/10/04:00:00 IC05582395 COLLECTOR CHANGE FROM S0 TO S0
2018/10/04:12:48 MC05582395 COL:LE NO SKIP- TLO PHONE.
2018/10/04:12:48 VI05582395 USR:jandrews SKIPTRACE
2018/10/05:15:21 VI05582395 USR:dakcsgw COLLECTOR CODE CHANGED FROM 98 TO U1 ON ACCOUNT 05582395
2018/10/08:14:17 DA05582395 U1 Changed Next Activity Date 05582396: ->101218
2018/10/08:14:17 DA05582395 U1 No Answer (845) 562-5858
2018/10/11:07:15 VI05582395 USR:dakcsgw ACCOUNT 05582395 JACKDATED ON 10/11/18 TO 10/16/18
2018/10/17:11:41 DA05582395 U1 No Active Accounts
2018/10/17:12:00 MC05582395 COL:98 10\17\2018 Client: TAMPA ELECTRIC COMPANY ACCOUNT: 5582395 BU
2018/10/17:12:00 MC05582395 COL:98 10\17\2018 Client: TAMPA ELECTRIC COMPANY ACCOUNT: 5582395 BU
2018/10/17:12:00 MC05582395 COL:98 eOscarBatch ACCOUNT: 5582395 ACDV 1: When VAL Received, Compa
2018/10/17:12:00 MC05582395 COL:98 SKP ADDR:8730 N HIMES AVE APT 620
2018/10/17:12:00 MC05582395 COL:98 SKP TAMPA, FL 336148304
2018/10/17:12:00 MC05582395 COL:98 SKP PHONE:4078794846
2018/10/17:12:00 MC05582395 COL:98 ACCT 5582395: SENT TO CLIENT: VAL: SUB VAL 10\17\2018
2018/10/21:12:00 MC05582395 COL:98 10\21\2018 Client: TAMPA ELECTRIC COMPANY ACCOUNT: 5582395 BU
```

```
--------------------------------------------------------------------------------------
2018/10/21:12:00 MC05582395 COL:98 10\21\2018 Client: TAMPA ELECTRIC COMPANY ACCOUNT: 5582395 BU
2018/10/21:12:00 MC05582395 COL:98 10\21\2018 Account already being processed CNR
2018/10/25:12:00 MC05582395 COL:98 10\25\2018 Client: TAMPA ELECTRIC COMPANY ACCOUNT: 5582395 BU
2018/10/25:12:00 MC05582395 COL:98 10\25\2018 Client: TAMPA ELECTRIC COMPANY ACCOUNT: 5582395 BU
2018/10/25:12:00 MC05582395 COL:98 10\25\2018 Account already being processed CNR
2018/10/29:04:56 MC05582395 COL:98 ACCT 5582395: User OIS-KIMBERLY COTTON responded to VAL with
2018/10/30:00:00 MA05582395 ACTION INQUIRY LETTER: HLD0505582395
2018/10/30:09:36 MC05582395 COL:SB Received Response from Client for Eoscar Dispute on 5582395.
2018/10/30:09:36 MC05582395 COL:SB Clerk order D05 and send with validation to debtor.
2018/10/30:09:36 MP05582395 COL:SB 6802 RALSTON PLACE DR # 101 TAMPA FL 33614
2018/10/30:09:36 VI05582395 USR:Sandra SKIPTRACE
2018/10/30:09:36 VI05582395 USR:Sandra LETTER D05 REQUESTED ON ACCOUNT 05582395 ON 10/30/18
2018/10/30:09:36 VI05582395 USR:Sandra COLLECTOR CODE CHANGED FROM SB TO U2 ON ACCOUNT 05582395
2018/10/30:09:36 VI05582395 USR:Sandra STATUS CODE CHANGED FROM RBU TO UT1 ON ACCOUNT 05582395 O
2018/10/30:09:36 VI05582395 USR:Sandra ACCOUNT 05582395 JACKDATED ON 10/30/18 TO 11/04/18
2018/10/31:00:00 MA05582395 COL:SB LETTER D05
2018/10/31:00:00 MA05582395 ACCOUNT INQUIRY LETTER: DLD0505582395
2018/11/05:10:41 DA05582395 U1 Changed Next Activity Date 05582396: ->110918
2018/11/05:10:41 DA05582395 U1 No Answer (845) 562-5858
2018/11/12:09:59 DA05582395 U1 Changed Next Activity Date 05582396: ->111618
2018/11/12:09:59 DA05582395 U1 No Answer (845) 562-5858
2018/11/19:10:37 DA05582395 U1 Changed Next Activity Date 05582396: ->112318
2018/11/19:10:37 DA05582395 U1 No Answer (845) 562-5858
2018/11/30:09:39 DA05582395 U1 Changed Next Activity Date 05582396: ->120418
2018/11/30:09:39 DA05582395 U1 No Answer (845) 562-5858
2018/12/05:09:32 DA05582395 U1 Changed Next Activity Date 05582396: ->120918
2018/12/05:09:32 DA05582395 U1 No Answer (845) 562-5858
2018/12/10:10:38 DA05582395 U1 Changed Next Activity Date 05582396: ->121418
2018/12/10:10:38 DA05582395 U1 No Answer (845) 562-5858
2018/12/13:05:41 VI05582395 USR:dakcsgw ACCOUNT 05582395 JACKDATED ON 12/13/18 TO 12/18/18
2018/12/19:11:14 DA05582395 U1 Changed Next Activity Date 05582396: ->122318
2018/12/19:11:14 DA05582395 U1 No Answer (845) 562-5858
2018/12/20:08:57 VI05582395 USR:jwblair TIME REMINDED TO VIC QUEUE U1 ON 12/20/18 TO 12/20/18 AT
2018/12/20:14:17 DA05582395 U1 Changed Next Activity Date 05582396: ->122418
2018/12/20:14:17 DA05582395 U1 No Answer (845) 562-5858
2018/12/21:12:25 VI05582395 USR:jwblair ACCOUNT 05582395 JACKDATED ON 12/21/18 TO 12/28/18
2018/12/27:07:48 VI05582395 USR:dakcsgw ACCOUNT 05582395 JACKDATED ON 12/27/18 TO 01/01/19
2019/01/02:13:27 DA05582395 U1 Changed Next Activity Date 05582396: ->010619
2019/01/02:13:27 DA05582395 U1 Unknown Detect (845) 562-5858
2019/01/02:13:27 DA05582395 U1 Ans Mach No Msg Left (845) 562-5858
2019/01/07:12:39 DA05582395 U1 Changed Next Activity Date 05582396: ->011119
2019/01/07:12:39 DA05582395 U1 No Answer (845) 562-5858
2019/01/10:08:15 VI05582395 USR:dakcsgw ACCOUNT 05582395 JACKDATED ON 01/10/19 TO 01/15/19
2019/01/16:14:22 DA05582395 41 Party Connect (845) 562-5858,
2019/01/16:14:22 MC05582395 COL:41 NO ANSWER AT OTHER SEQ6-
2019/01/16:14:22 VI05582395 USR:KPowell NO ANSWER O
2019/01/16:14:22 VI05582395 USR:KPowell COLLECTOR CODE CHANGED FROM U1 TO U3 ON ACCOUNT 05582395
2019/01/16:14:22 VI05582395 USR:KPowell ACCOUNT 05582395 JACKDATED ON 01/16/19 TO 01/19/19
2019/01/17:11:00 VI05582395 USR:dakcsgw ACCOUNT 05582395 JACKDATED ON 01/17/19 TO 01/22/19
2019/01/23:08:47 DA05582395 U3 Changed Next Activity Date 05582396: ->012519
2019/01/23:08:47 DA05582395 U3 No Answer (845) 562-5858
2019/01/24:05:51 VI05582395 USR:dakcsgw ACCOUNT 05582395 JACKDATED ON 01/24/19 TO 01/29/19
2019/01/30:08:34 DA05582395 U1 Changed Next Activity Date 05582396: ->020319
2019/01/30:08:34 DA05582395 U1 No Answer (845) 562-5858
2019/02/04:09:50 DA05582395 U1 Changed Next Activity Date 05582396: ->020819
2019/02/04:09:50 DA05582395 U1 No Answer (845) 562-5858
2019/02/09:08:15 DA05582395 U1 Changed Next Activity Date 05582396: ->021319
```

```
--------------------------------------------------------------------------------
2019/02/09:08:15 DA05582395 U1 No Answer (845) 562-5858
2019/02/14:11:09 DA05582395 U1 Phone In The Skip Table
2019/02/14:11:10 DA05582395 U1 Changed Next Activity Date 05582396: ->021819
2019/02/14:11:10 DA05582395 U1 No Answer (845) 562-5858
2019/02/19:08:16 DA05582395 U1 Changed Next Activity Date 05582396: ->022319
2019/02/19:08:16 DA05582395 U1 No Answer (845) 562-5858
2019/02/22:09:06 VI05582395 USR:jwblair TIME REMINDED TO VIC QUEUE U1 ON 02/22/19 TO 02/22/19 AT
2019/02/22:09:46 DA05582395 U1 Changed Next Activity Date 05582396: ->022619
2019/02/22:09:46 DA05582395 U1 No Answer (845) 562-5858
2019/02/27:08:10 DA05582395 U1 Changed Next Activity Date 05582396: ->030319
2019/02/27:08:10 DA05582395 U1 No Answer (845) 562-5858
2019/03/04:19:10 DA05582395 U1 Changed Next Activity Date 05582396: ->030819
2019/03/04:19:10 DA05582395 U1 No Answer (845) 562-5858
2019/03/09:08:08 DA05582395 U1 Changed Next Activity Date 05582396: ->031319
2019/03/09:08:08 DA05582395 U1 No Answer (845) 562-5858
2019/03/15:12:00 MC05582395 COL:98 3\15\2019 Client: TAMPA ELECTRIC COMPANY ACCOUNT: 5582395 BUR
original creditor before collection status or paid before charge off
2019/03/15:12:00 MC05582395 COL:98 3\15\2019 Client: TAMPA ELECTRIC COMPANY ACCOUNT: 5582395 BUR
2019/03/15:12:00 MC05582395 COL:98 eOscarBatch ACCOUNT: 5582395 ACDV 1: When VAL Received, Compa
2019/03/15:12:00 MC05582395 COL:98 SKP ADDR:8730 N HIMES AVE APT 620
2019/03/15:12:00 MC05582395 COL:98 TAMPA, FL 33614
2019/03/15:12:00 MC05582395 COL:98 SKP PHONE:4078794846
2019/03/15:12:00 MC05582395 COL:98 ACCT 5582395: SENT TO CLIENT: VAL: SUB VAL 3\15\2019
2019/03/19:10:43 MC05582395 COL:98 ACCT 5582395: User OIS-KIMBERLY COTTON responded to VAL with
2019/03/20:00:00 MA05582395 COL:SB LETTER D05
2019/03/20:00:00 MA05582395 ACCOUNT INQUIRY LETTER: DLD0505582395
2019/03/20:09:03 AC05582395 COL:SB PREVIOUSLY VALIDATED ACCOUNT NOT VALIDATING AGAIN
2019/03/20:09:03 VI05582395 USR:Sandra SKIPTRACE
2019/03/20:09:03 VI05582395 USR:Sandra COLLECTOR CODE CHANGED FROM SB TO U2 ON ACCOUNT 05582395
2019/03/20:09:03 VI05582395 USR:Sandra STATUS CODE CHANGED FROM RBU TO UT1 ON ACCOUNT 05582395 θ
2019/03/20:09:03 VI05582395 USR:Sandra ACCOUNT 05582395 JACKDATED ON 03/20/19 TO 03/25/19
2019/03/26:08:43 DA05582395 U1 Changed Next Activity Date 05582396: ->033019
2019/03/26:08:43 DA05582395 U1 No Answer (845) 562-5858
2019/03/28:10:03 DA05582395 U1 Changed Next Activity Date 05582396: ->040119
2019/03/28:10:03 DA05582395 U1 No Answer (845) 562-5858
2019/03/28:14:30 MC05582395 COL:PL RECEIVED LAWSUIT. GAVE TO MICHELLE TO SCAN.
```

```
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
|                         VIC III Aux Dialer Screen                   |
|                                                                     |
|                              01) Current Sequence  6                |
|                                                                     |
|  Seq      Phone              D.O.A.       Contact Name        Flg     CC |
|                                                                     |
|   1   02)            03)          04) ANNAMARIA ACCETTA   05) RES 06)    |
|   2   07)            08)          09)                     10) DEP 11)    |
|   3   12)            13)          14)                     15) SEP 16)    |
|   4   17)            18)          19)                     20) CMK 21)    |
|   5   22) (407)-879-4846 23) 09/05/17 24) TUPhones       25) CEL 26) C   |
|   6   27) (845)-562-5858 28) 03/28/19 29) Multiple Phone TLO 30) REF 31) |
|   7   32) (347)-713-3856 33)          34) Multiple Phone TLO 35) REF 36) C |
|   8   37)            38)          39)                     40)     41)    |
|   9   42)            43)          44)                     45)     46)    |
|  10   47)            48)          49)                     50)     51)    |
|  11   52)            53)          54)                     55)     56)    |
|                                                                     |
|                                                                     |
|                 [ - Cancel, Please Select (1-56):....               |
[ DIALER # 2898800 ] EDIT20++++++++++++++++++++++++++++++++++++++++++++++++
```

**DEBTOR ADD/EDIT SCREEN**

```
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
| (01) Last Name       ACCETTA          (07) Spouse
| (02) First Name      ANNAMARIA        (08) Bad Address (Y/N/S/H/L)    N
| (03) St Address #1   8730 N HIMES AVE (09) Is a Business (Y/N)        N
| (04) St Address #2   APT 620          (10) Phone Number
| (05) City            TAMPA            (11) Social Sec #    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
| (06) State and Zip   FL 336148304     (12) Lic No.
|                      (13) Employment
|                      (14) Bank/Remark
|                      (15) Remark        SUB VAL 3/15/2019
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
```

**INPUT REMARKS**

SB   10/30/18:09:36 6802 RALSTON PLACE DR # 101 TAMPA FL 33614

(AA)dd/Edit Auxiliary, ([)=Cancel, REM)ark, Your Selection (01-15) :....

====================================== EDIT TRACKING ======================================

Edit Screen #      001                          DAKCS Software Systems
Database Record # 03934720

| FIELD   DATE/TIME | EMP# | OLD VALUE | CHANGED TO |
| --- | --- | --- | --- |

PRESS RETURN